# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 06:989
USDC Middle District Louisiana

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

PHIL MCLEAN,

          Plaintiff,

v.

PFIZER, INC. et. al.,

          Defendants.

Action No. 07-1313 CRB

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

Come now the Plaintiff, Phil McLean, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Respectfully submitted:

Dated: 5/14/07

By: _____
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile
*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated: 5-14-07 | CLARK, THOMAS & WINTERS, P.C. |
| 2 | | *Stuart M. Gordon for Cedric E. Evans* |
| 3 | | Cedric E. Evans<br>Clark, Thomas & Winters, P.C. |
| 4 | | 300 West 6th Street, 15th Floor<br>Austin, TX 78701 |
| 5 | | (512) 472-8800 (Tel.)<br>*Attorneys for Defendants* |
| 6 | Dated: 5-14-07 | GORDON & REES |
| 7 | | |
| 8 | | Stuart M. Gordon, Esq. |
| 9 | | Embarcadero Center West<br>275 Battery Street 20th Floor |
| 10 | | San Francisco, CA 9411<br>(415) 986-5900 (Tel.) |
| 11 | | (415) 986-8054 (Fax)<br>*Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 15, 2007

Hon. Charles R. Breyer
United States District Court

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*